UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | No. 3:08-CR-129(4) |
| ) | |
| WILLIAM J. MONTORSI ) | |

## ORDER

No objections have been filed to the magistrate judge's findings and recommendation upon a plea of guilty issued on February 25, 2009 [Doc. No. 82]. Accordingly, the court now ADOPTS those findings and recommendation, ACCEPTS defendant William Montorsi's plea of guilty, and FINDS the defendant guilty of Count 1 of the Indictment, in violation of 18 U.S.C. §§ 2 and 371.

SO ORDERED.

ENTERED:   March 17, 2009 

                                                 /s/ Robert L. Miller, Jr.
                                                 Chief Judge
                                                 United States District Court